UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-60304

LUIS SIERRA,

    Plaintiff,

vs.

PMG PLAZA, INC.,

    Defendant.

_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff, LUIS SIERRA, and Defendant, PMG PLAZA, INC., by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice, with the Court to retain jurisdiction for enforcement purposes, as the parties have amicably settled this matter. Each party shall bear his/its own attorneys' fees and costs.

    AGREED and STIPULATED on this 20th day of June, 2017.

| | |
|---|---|
| */s/ Jessica L. Kerr* | */s/ Michael L. Feinstein* |
| Jessica L. Kerr, Esquire | Michael L Feinstein, Esquire |
| Florida Bar No. 92810 | Florida Bar No. 650382 |
| **THE ADVOCACY GROUP** | **MICHAEL L. FEINSTEIN, P.A.** |
| 333 Las Olas Way, CU3 Suite 311 | 200 SE 18th Ct |
| Fort Lauderdale, FL 33301 | Fort Lauderdale, Florida 33316-2828 |
| Telephone: (954) 282-1858 | Telephone: (954) 767-9662 |
| Email: service@advocacypa.com | Email: Michael@Feinsteinlaw.net |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of June 2017, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Jessica L. Kerr*
Jessica L. Kerr, Esquire
Florida Bar No. 92810